UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DOUGLAS J. PETERSEN,<br><br>    Plaintiff,<br><br>    v.<br><br>WORKERS FEDERAL CREDIT UNION; SPLIT DOLLAR AGREEMENT BETWEEN WORKERS FEDERAL CREDIT UNION AND DOUGLAS JAY PETERSEN DATED DECEMBER 1, 2021; and WORKERS FEDERAL CREDIT UNION BOARD OF DIRECTORS in its capacity as Plan Administrator of the Split Dollar Agreement,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:25-cv-11275<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR LEAVE TO FILE PORTIONS OF PLAINTIFF'S COMPLAINT UNDER SEAL AND TO SEAL A CONFIDENTIAL EXHIBIT**

Pursuant to Local Rule 7.2, Plaintiff Douglas J. Petersen ("Petersen") respectfully moves to file under seal portions of his Complaint and a certain confidential exhibit to the Complaint (Exhibit C), pending the Court's comprehensive review of what information should remain confidential. In support of this Motion, Plaintiff states as follows:

1.     On May 8, 2025, Petersen filed a complaint (the "Complaint") against Defendants in this Court, C.A. No. 1:25-cv-11275.

2.     One of the exhibits to the Complaint is subject to a confidentiality obligation, contained in Paragraph 8 of the exhibit, forbidding the disclosure of the terms or the existence of the exhibit (the "Confidential Exhibit").

3.     The Complaint itself describes the Confidential Exhibit.

4.    Petersen's counsel reached out to counsel for Defendants on April 30, 2025, to inquire whether Defendants would assent to Petersen redacting confidential portions of the Confidential Exhibit in order to avoid having to file the Complaint and Confidential Exhibit under seal.

5.    Counsel for Defendants has not assented to Petersen's request to redact the Confidential Exhibit.

6.    Accordingly, Petersen publicly filed a redacted version of the Complaint, redacting the portions referencing or describing the Confidential Exhibit. He now seeks leave of Court to file those portions of his Complaint and the Confidential Exhibit under seal.

WHEREFORE, Petersen respectfully requests that this Court enter an order allowing Plaintiff to file portions of the Complaint and the Confidential Exhibit under seal.


Date:  May 8, 2025                            Respectfully submitted,

                                              DOUGLAS J. PETERSEN

                                              By his attorneys,

                                              */s/ Sarah P. Kelly*
                                              David S. Rubin (BBO# 546213)
                                              drubin@nutter.com
                                              Sarah P. Kelly (BBO# 664267)
                                              skelly@nutter.com
                                              Natalie M. Cappellazzo (BBO# 699355)
                                              ncappellazzo@nutter.com
                                              Nutter McClennen & Fish, LLP
                                              Seaport West, 155 Seaport Blvd.
                                              Boston, Massachusetts 02210
                                              Telephone:    (617) 439-2000
                                              Facsimile:    (617) 310-9000


2

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on May 8, 2025, this document was served on counsel for Defendants by email.

/s/ *Natalie M. Cappellazzo*
Natalie M. Cappellazzo

7240721