# EXHIBIT A

UNITED STATES DISTRICT COURT
                        DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOUGLAS J. PETERSEN, | ) |
| Plaintiff, | ) |
| v. | ) |
| WORKERS FEDERAL CREDIT UNION; SPLIT DOLLAR AGREEMENT BETWEEN WORKERS FEDERAL CREDIT UNION AND DOUGLAS JAY PETERSEN DATED DECEMBER 1, 2021; and WORKERS FEDERAL CREDIT UNION BOARD OF DIRECTORS in its capacity as Plan Administrator of the Split Dollar Agreement, | ) Civil Action No. 1:25-cv-11275 |
| Defendants. | ) |

## [PROPOSED] SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), it is hereby ordered that:

**A. Initial Disclosures**: Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by September 23, 2025.

**B. Amendments to Pleadings**: Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after January 30, 2026.

**C. Fact Discovery – Interim Deadlines**:

1. Initial written discovery requests (requests for production of documents, interrogatories, and request for admissions) shall be served no later than October 15, 2025.

2. All depositions, other than expert depositions, must be completed by May 30, 2026.

D. **Fact Discovery – Final Deadline**: All discovery, other than expert discovery, must be completed by May 30, 2026.

E. **Expert Discovery**[1]:

1. Expert Reports: Opening reports from any experts under Rule 26(a)(2) will be due on June 30, 2026. Reports from rebuttal experts shall be due July 31, 2026.

2. Close of Expert Discovery: All expert discovery is to be completed by August 31, 2026.

F. **Status Conference**: The Court will schedule a status conference at or near the close of discovery for case management purposes. Any party who reasonably believes that an earlier status conference will assist in the management or resolution of the case may request one from the Court upon reasonable notice to opposing counsel.

G. **Dispositive Motions**:

1. Dispositive motions, such as motions for summary judgment and motions for judgment on the pleadings, must be filed by October 15, 2026.

2. Oppositions to dispositive motions must be filed within 21 days of service of the motion.

3. Reply memoranda, not to exceed 10 pages, must be filed within 14 days after service of the opposition papers.

4. Sur-Reply memoranda are not permitted.

H. **Trial by Magistrate Judge**: The parties do not consent to trial by magistrate judge at this time.

---

[1] In the event, the parties do not require to conduct expert discovery, the dispositive motion deadlines may be adjusted accordingly.

**SO ORDERED.**

Dated:	/s/
	Hon. Patti B. Saris
	United States District Judge