**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Douglas J. Petersen
_____
                Plaintiff(s)

        V.

Workers Federal Credit Union et al
_____
                Defendant(s)

CIVIL ACTION

NO. 25-cv-11275-PBS
_____

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE Saris
_____

☐ The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

☑ On April 8, 2026 _____ I held the following ADR proceeding:

☐ SCREENING CONFERENCE          ☐ EARLY NEUTRAL EVALUATION

☑ MEDIATION                     ☐ SUMMARY BENCH / JURY TRIAL

☐ MINI-TRIAL                    ☐ SETTLEMENT CONFERENCE

All parties were represented by counsel  [except _____ ]

The parties were ☑ /were not ☐   present in person or by authorized corporate officer [except

_____ ].

The case was:

☐ Settled.  Your clerk should enter a _____ day order of dismissal.

☑ There was progress.  A further conference has been scheduled for ___April 30, 2026___ unless

the case is reported settled prior to that date.

☐ Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This

case should be restored to your trial list.

☐ Suggested strategy to facilitate settlement:

April 8, 2026
_____
        DATE

/s/ Paul G. Levenson
_____
        ADR Provider

(ADRReportforpdf.wpd  - 4/12/2000)