**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Douglas J. Petersen
_____
　　　　　　Plaintiff(s)

　　　V.

Workers Federal Credit Union et al
_____
　　　　　　Defendant(s)

CIVIL ACTION

NO. _25-cv-11275-PBS_

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE _Saris_____

☐　The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

☑　On _June 5, 2026_____ I held the following ADR proceeding:

　　☐ SCREENING CONFERENCE　　☐ EARLY NEUTRAL EVALUATION

　　☑ MEDIATION　　　　　　　　☐ SUMMARY BENCH / JURY TRIAL

　　☐ MINI-TRIAL　　　　　　　☐ SETTLEMENT CONFERENCE

All parties were represented by counsel  [except _____ ]

The parties were ☑ /were not ☐　present in person or by authorized corporate officer [except _____ ].

The case was:

☐　Settled.  Your clerk should enter a _____ day order of dismissal.

☐　There was progress.  A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

☑　Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

☑　Suggested strategy to facilitate settlement:

　Parties may contact my session if further involvement would be helpful for further mediation or settlement discussions.

_June 30, 2026_____
　　DATE

/s/ Paul G. Levenson
_____
ADR Provider

(ADRReportforpdf.wpd  - 4/12/2000)